[No. 7,459.—Department Two.]

## F. RHODA ET AL. *v.* ALAMEDA COUNTY.

MEASURE OF DAMAGES—FIXTURE—TRESPASS.—In an action for the removal of a vault, forming part of the realty, from the plaintiff's premises, the Court found and gave judgment for its market value.

*Held*, That the measure of damages was the value of the article as it was in place as a part of the realty, immediately preceding its removal, and not what it would sell for in open market if removed from the building.

APPEAL from a judgment for the plaintiffs, and from an order denying a motion for a new trial, in the Superior Court of Alameda County.    CRANE, J.

*William & George Leviston,* for Appellants.

*E. M. Gibson,* for Respondent.

The COURT:

The Court found that the vault, at the time of its removal, was a fixture, and part of the realty, and was the property of plaintiffs; that defendants had no legal right to remove it; and that its value, to be sold in open market, was, at the time of its removal, not over five hundred dollars; and thereupon the Court rendered judgment for that amount. In such case the measure of damages is the value of the article as it was in place as a part of the realty, immediately preceding its removal; not what it would sell for in open market removed from the building. (Civ. Code, § 3333; *Whitbeck* v. *N. Y. Central R. R. Co.,* 36 Barb. 644.)

Judgment and order reversed, and cause remanded for a new trial.